**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Clifford L. Carter, SBN 149621**
**Kirk J. Wolden, SBN 138902**
**608 University Avenue**
**Sacramento, CA 95825**
**Telephone (916) 924-3100**
**Fax (916) 924-1829**

**Rodney A. Klein, SBN 035541**
**Lawrence S. Paikoff, M.D., J.D., SBN 191732**
**2300 Bell Executive Lane**
**Sacramento, CA 95825**
**Telephone (916) 929-6000**
**Fax (916) 929-5137**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADNELL STEPHENS,** | **Case No: 2:06-cv-2422-MCE-EFB** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER STAYING RULE 26(F) CONFERENCES AND INITIAL SCHEDULING CONFERENCE PENDING RESOLUTION OF LAW AND MOTION MATTERS** |
| **MERCK & COMPANY, INC., and MCKESSON CORPORATION and Does 1 through 100, inclusive,** | |
| Defendants. | |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, Stephens v. Merck & Company, Inc., et al. Case Number 2:06-cv-02422-MCE-EFB, was filed in state court on September 15, 2006 and removed to this Court on November 1, 2006.

1

1    Plaintiff will not oppose the removal to Federal court, which will ultimately result
2 in this case to become a "tag-along" action in the Vioxx Products Liability Litigation,
3 MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge
4 Eldon Fallon presiding.

5    In light of the pending transfer to the MDL, the parties respectfully request that
6 further Joint Status Reports be postponed and that additional Discovery Conferences be
7 removed from the calendar until final resolution of these matters.

9    SO STIPULATED.

11   Dated: November 29, 2006                REED SMITH LLP

13                                           By: /s/ - DANA A. BLANTON
                                                 DANA A. BLANTON
14                                               Attorney for Defendant
                                                 Merck & Company, Inc.

17   Dated: November 30, 2006                CLAYEO C. ARNOLD
                                             A Professional Law Corporation

20                                           By: /s/ - CLIFFORD L. CARTER
                                                 CLIFFORD L. CARTER
                                                 Attorney for Plaintiff
21                                               Adnell Stephens

2

**ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

IT IS FURTHER ORDERED that pending transfer to the Vioxx Products Liability Litigation, MDL No. 1657, pending in the Eastern District of Louisiana, a joint status report shall be filed six (6) months from the date of this order. In the event the matter is transferred prior to the six (6) month period referred herein, no status report will be required to be filed.

Dated: December 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3